IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **EDWARD TOM DAVIS, JR.** and **CYNTHIA DAVIS,** § § § § | | |
| Plaintiffs, § § | Civil Action No. 4:14-cv-525-O | |
| v. § § | | |
| **J.P. MORGAN CHASE BANK, N.A.,** § § | | |
| Defendant. § § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted, and this action is **DISMISSED with prejudice**. Plaintiffs' Motion to Compel Mediation (ECF No. 15) is **DENIED as moot**.

**SO ORDERED** on this **29th day** of **September, 2014.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**